UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. WAGNER, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES GOVERNMENT, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:23-cv-01626 (UNA) </br> ) </br> ) </br> ) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that the application for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and the complaint, ECF No. 1, and this case, are **DISMISSED without prejudice**.

This is a final appealable order. *See* Fed. R. App. P. 4(a). The Clerk of Court is requested to close this case.

Date: 6/9/2023

TREVOR N. McFADDEN
United States District Judge